# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2446

_____

| | | |
|---|---|---|
| Charles Bausley, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Roy Bass, Deputy, Crawford County | * | Western District of Arkansas. |
| Detention Center; Kevin Dagan, | * | |
| Deputy, Crawford County Detention | * | [UNPUBLISHED] |
| Center, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 1, 2004
Filed: October 13, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Charles Bausley appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action claiming defendant jail personnel violated his constitutional rights in various

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

ways.  Having carefully reviewed the record, we conclude dismissal was proper for the reasons the district court stated.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____